Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

Nicole L. Chessari (SBN 259970)
nchessari@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: 650.752.3100
Fax: 650.853.1038

*Attorneys for Defendants*
*Xoom Corporation, John Kunze,*
*and Ryno Blignaut*

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALEXANDER LIU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>XOOM CORP., JOHN KUNZE, AND RYNO BLIGNAUT,<br><br>Defendants. | Case No. 5:15-cv-00602-LHK<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>DATE ACTION FILED: 1/6/2015<br>(Removed 2/6/2015) |

1       WHEREAS, on January 6, 2015, plaintiff Alexander Liu ("Plaintiff") filed in the Superior Court of the State of California, County of San Francisco, a complaint (the "Complaint") entitled *Alexander Liu vs. Xoom Corp., et al.*, Case No. CGC-15-543531, ostensibly on behalf of a class of all similarly-situated individuals who purchased common stock of Xoom Corporation ("Xoom") allegedly pursuant and/or traceable to Xoom's Registration Statement and Prospectus, declared effective by the Securities and Exchange Commission on February 14, 2013, issued in connection with Xoom's Initial Public Offering (the "State Court Action");

      WHEREAS, on February 6, 2015, defendants Xoom, John Kunze, and Ryno Blignaut (collectively, "Defendants") filed in this Court a Notice of Removal of the State Court Action;

      WHEREAS, Defendants did not answer, move, or otherwise respond to the Complaint before filing their Notice of Removal;

      WHEREAS, Plaintiff intends to move to remand this action;

      WHEREAS, Defendants intend to oppose Plaintiff's motion to remand;

      WHEREAS, the parties understand that Federal Rule of Civil Procedure 81(c) requires Defendants to answer, move, or otherwise respond to the Complaint on or before February 13, 2015;

      WHEREAS, no party has requested any time modifications in this action; and

      WHEREAS, Defendants intend to move to dismiss the Complaint.

      NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Plaintiff shall file his motion to remand on or before February 27, 2015;

2. Defendants shall file their opposition to Plaintiff's motion to remand no later than thirty (30) days after the motion to remand is filed;

3. Plaintiff shall file his reply brief in support of his motion to remand no later than seven (7) days after Defendants' opposition is filed;

4. Defendants shall not be required to answer, move to dismiss, or otherwise respond to the Complaint pending a decision by the Court on Plaintiff's motion to remand;

5. If the Court denies Plaintiff's motion to remand, the parties will confer in good faith regarding a schedule for filing of an amended complaint and the briefing of Defendants' motion to

dismiss, and Defendants will not be required to answer, move to dismiss, or otherwise respond to the Complaint until the parties submit a proposed stipulation regarding a schedule for the briefing of Defendants' motion to dismiss;

6. If the Court grants Plaintiff's motion to remand, Plaintiff intends to file an amended complaint within thirty days after entry of an order remanding this action; and

7. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, service of process and jurisdictional defenses.

IT IS SO STIPULATED.

Dated: February 12, 2015       Respectfully submitted,

                                           **GOODWIN PROCTER LLP**

By: /s/ Brian E. Pastuszenski
Brian E. Pastuszenski (*pro hac vice*)
Teodora Manolova (SBN 233333)
Nicole L. Chessari (SBN 259970)

*Attorneys for Defendants Xoom Corporation, John Kunze, and Ryno Blignaut*

Dated: February 12, 2015       By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
lrosen@rosenlegal.com
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: 213.785.2610
Fax: 213.226.4684

*Attorney for Plaintiff Alexander Liu*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2015

> The Honorable Lucy H. Koh
> United States District Court Judge

# CIVIL L.R. 5-1 ATTESTATION

I, Brian E. Pastuszenski, am the ECF User whose ID and Password are being used to file this **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT.** In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Laurence M. Rosen, counsel for Plaintiff Alexander Liu, has concurred to its filing.

Dated: February 12, 2015                /s/ Brian E. Pastuszenski
                                        Brian E. Pastuszenski

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 12, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h). Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski