UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER LIU, Individually and On
Behalf of All Others Similarly Situated,
                Plaintiff(s),

                v.

XOOM CORP., JOHN KUNZE, AND
RYNO BLIGNAUT
                Defendant(s).

Case No. 5:15-cv-00602-LHK

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 05/13/2015

/s/ Ryno Blignaut
[Party]
Ryno Blignaut

Dated: 05/13/2015

/s/ Brian E. Pastuszenski
[Counsel]
Brian E. Pastuszenski
Goodwin Procter LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev.6/14


American Legal Net, Inc.
www.FormsWorkFlow.com


**CIVIL L.R. 5-1 ATTESTATION**

I, Brian E. Pastuszenski, am the ECF User whose ID and Password are being used to file the foregoing document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ryno Blignaut has concurred to its filing.

Dated:  May 13, 2015                                              /s/  Brian E. Pastuzenski
                                                                                Brian E. Pastuszenski

## **CERTIFICATE OF SERVICE**

I, Brian E. Pastuszenski, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on May 13, 2015.

/s/ Brian E. Pastuszenski