Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8800
Fax: 212.355.3333

Nicole L. Chessari (SBN 259970)
nchessari@goodwinprocter.com
Nicholas A. Reider (SBN 296440)
nreider@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: 650.752.3100
Fax: 650.853.1038

*Attorneys for Defendants*
*Xoom Corporation, John Kunze,*
*and Ryno Blignaut*

(*Additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALEXANDER LIU, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>XOOM CORP., JOHN KUNZE, AND RYNO BLIGNAUT,<br><br>Defendants. | Case No. 5:15-cv-00602-LHK<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCES AND RESET RELATED DEADLINES**<br><br>Date:      June 3, 2015<br>Time:      2:00 p.m.<br>Courtroom: 8 - 4th Floor<br>Judge:     Honorable Hon. Lucy H. Koh |
| PATRICK ANDREW BARRETT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>XOOM CORP., JOHN KUNZE, AND RYNO BLIGNAUT,<br><br>Defendants. | Case No. 5:15-cv-01319-LHK |

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2, Plaintiff Alexander Liu and Plaintiff Patrick Andrew Barrett (collectively, "Plaintiffs") and Defendants Xoom Corporation, John Kunze, and Ryno Blignaut (collectively, "Defendants" and, together with Plaintiffs, the "Parties") hereby agree and stipulate that good cause exists to request an order from the Court rescheduling the Initial Case Management Conferences currently set for June 3, 2015 in the two related cases *Liu v. Xoom Corp. et al.*, Case No. 5:15-cv-00602-LHK ("*Liu*") and *Barrett v. Xoom Corp., et al*., Case No. 5:15-cv-01319-LHK ("*Barrett*"), and accordingly resetting all associated deadlines.

WHEREAS, the *Liu* and *Barrett* cases are putative class actions for alleged violations of Sections 11 and 15 of the Securities Act of 1933 filed ostensibly on behalf of all similarly-situated individuals who purchased common stock of Xoom allegedly "pursuant and/or traceable to [Xoom's] Registration Statement and Prospectus, declared effective by the SEC on February 14, 2013, issued in connection with [Xoom's] Initial Public Offering (the 'IPO')." *Liu* Complaint ¶ 1; *Barrett* Complaint ¶ 1.

WHEREAS, Plaintiffs initiated the *Liu* and *Barrett* actions by filing complaints in the San Francisco Superior Court, which Defendants subsequently removed to the Northern District of California;

WHEREAS, on February 27, 2015, Plaintiff Alexander *Liu* filed a Motion to Remand (the "Motion to Remand") which has been fully briefed and is set for hearing on July 2, 2015;

WHEREAS, on March 26, 2016, the Court granted Defendants' Administrative Motion and approved the Parties' Stipulation relating the *Liu* and *Barrett* actions and ordering that this Court's ruling on the pending Motion to Remand in the first filed *Liu* action will also apply to the second, related *Barrett* action;

WHEREAS, the hearing on the Motion to Remand is set for July 2, 2015, which date is after the Initial Case Management Conferences currently set for June 3, 2015 and all related deadlines;

WHEREAS, if the Motion to Remand is <u>granted</u>, the cases will be remanded to the San Francisco Superior Court, negating the need for the exchange of initial disclosures or Case Management Conferences;

WHEREAS, if the Motion to Remand is <u>denied</u>, then the Court will address, among other things, Plaintiffs' motion(s) to consolidate and to file (an) amended pleading(s) and Defendants' anticipated motion(s) to dismiss;

WHEREAS, the Parties agree that because the Private Securities Litigation Reform Act of 1995 (the "PSLRA") stays all discovery, including initial disclosures, pending the disposition of motions to dismiss in securities actions such as this one, it is appropriate to defer the initial case management conferences and the completion of initial disclosures until Defendants have had the opportunity to file any motion(s) to dismiss, and the Court has ruled on Defendants' anticipated motion to dismiss. *See, e.g., Medhekar v. United States Dist. C*ourt, 99 F.3d 325, 328-29 (9th Cir. 1996) (holding F.R.C.P. 26(a)'s initial disclosure requirements are disclosures or other proceedings for purposes of PSLRA's stay provision, and must be stayed pending disposition of motion to dismiss);

WHEREAS, because the resolution of the Motion to Remand and/or Defendants' anticipated motion(s) to dismiss may dispose of the action in its entirety, or alter the issues in the lawsuit, deferring the initial case management conferences and the completion of initial disclosures until the Court has resolved the Motion to Remand and/or Defendants' anticipated motion(s) to dismiss would further the interests of judicial economy and preserve the resources of the Parties;

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULES 6-2, 7-12 and 16-2, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1.  The Court's orders setting the Initial Case Management Conferences and the related deadlines therein are hereby vacated;

2.  This Stipulation is entered into without prejudice to any party seeking any interim relief;

3.  Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, service of process and jurisdictional defenses; and

4. The Parties do not seek to reset these dates for the purpose of delay, and this Stipulation will not have an effect on any pre-trial and trial dates as the Court has yet to schedule such dates.

Dated:  May 18, 2015                    Respectfully submitted,

**GOODWIN PROCTER LLP**

By: /s/  Brian E. Pastuszenski
    Brian E. Pastuszenski (*pro hac vice*)
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018
    Tel.:  212.813.8800
    Fax:  212.355.3333

    Nicole L. Chessari (SBN 259970)
    Nicholas A. Reider (SBN 296440)
    135 Commonwealth Drive
    Menlo Park, CA 94025
    Tel.:  650.752.3100
    Fax:  650.853.1038

    Teodora Manolova (SBN 233333)
    601 S. Figueroa Street, 41st Floor
    Los Angeles, CA 90017
    Tel.:  213.426.2500
    Fax:  213.623.1673

*Attorneys for Defendants*
XOOM CORPORATION, JOHN KUNZE, AND RYNO BLIGNAUT

Dated:  May 18, 2015                    **THE ROSEN LAW FIRM P.A.**

By: /s/ Laurence M. Rosen
    Laurence M. Rosen
    355 South Grand Avenue, Suite 2450
    Los Angeles, CA 90071
    Tel.: 213.785.2610
    Fax.: 213.226.4684

*Attorneys for Plaintiff*
ALEXANDER LIU

| | |
|---|---|
| Dated: May 18, 2015 | **GLANCY BINKOW & GOLDBERG LLP** |
| | By: /s/ Lionel Z. Glancy |
| | Lionel Z. Glancy |
| | Robert V. Prongay |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| | Tel.: 310.201.9150 |
| | Fax.: 310.201.9160 |
| | |
| | Jeremy A. Lieberman |
| | **POMERANTZ LLP** |
| | 600 Third Avenue, 20th Floor |
| | New York, NY 10016 |
| | Tel.: 212.661-1100 |
| | Tel.: 212.661-8665 |
| | |
| | *Attorneys for Plaintiff* |
| | PATRICK ANDREW BARRETT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


ENTERED: _____                    _____
                                            HONORABLE LUCY H. KOH
                                            UNITED STATES DISTRICT JUDGE

**CIVIL L.R. 5-1 ATTESTATION**

I, Brian E. Pastuszenski, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCES AND RESET RELATED DEADLINES.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Laurence M. Rosen, counsel for Plaintiff Alexander Liu, and Lionel Z. Glancy, counsel for Plaintiff Patrick Andrew Barrett has concurred to its filing.

Dated:  May 18, 2015                               /s/  Brian E. Pastuszenski
                                                                    Brian E. Pastuszenski

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 18, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h). Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by first class mail, facsimile and/or overnight delivery.

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski